No. 93–209. BLANKSTYN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–232. LUPARELLI, ADMINISTRATOR OF ESTATE OF LU-PARELLI, DECEASED *v.* SOHN ET AL. Super. Ct. Pa. Certiorari denied.

No. 93–257. RONWIN *v.* SMITH BARNEY, HARRIS UPHAM & CO., INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–260. CHICAGO BRIDGE & IRON CO. *v.* CALIFORNIA BOARD OF EQUALIZATION. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–292. FOGEL ET AL. *v.* KOPELSON ET AL.; and
No. 93–293. JEM MANAGEMENT ASSOCIATES CORP. ET AL. *v.* SPERBER ADAMS ASSOCIATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–294. SINGLETON *v.* STILES ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–333. ROBY ET AL. *v.* CORPORATION OF LLOYD'S ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–334. GARCIA *v.* SOUTHERN PACIFIC TRANSPORTATION CO. ET AL. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 93–338. LAKE FOREST DEVELOPMENTS *v.* FIRST GIBRALTAR BANK, FSB. C. A. 5th Cir. Certiorari denied.

No. 93–341. LAWS *v.* TERRY, ATTORNEY GENERAL OF VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 93–343. STOCHASTIC DECISIONS, INC. *v.* DIDOMENICO ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–346. WALLIN *v.* INDETERMINATE SENTENCE REVIEW BOARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–350. ALLSTATE LIFE INSURANCE CO. *v.* LINTER GROUP LTD. ET AL. C. A. 2d Cir. Certiorari denied.